UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60660-CV-DIMITROULEAS

YANDRY GRILLO,

      Petitioner,

v.

WARDEN of Broward Transitional Center; and,

TODD M. LYONS,
In his Official capacity as Acting Director,
U.S. Immigration and Customs Enforcement,

      Respondents.

_____/

## <u>ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS</u>

**THIS CAUSE** is before the Court on Petitioner Yandry Grillo ("Petitioner")'s Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "Petition") [DE 1], filed March 6, 2026. The Court has considered the Petition [DE 1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  No later than **March 13, 2026**, Respondents shall file a response to the Petition.

    Petitioner may file a reply on or before March 18, 2026.

2.  The Clerk is **DIRECTED** to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov