UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60660-CV-DIMITROULEAS

YANDRY GRILLO,

       Petitioner,

v.

WARDEN of Broward Transitional Center; and,

TODD M. LYONS,
In his Official capacity as Acting Director,
U.S. Immigration and Customs Enforcement,

       Respondents.

_____/

## <u>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS</u>

**THIS CAUSE** is before the Court on Petitioner Yandry Grillo ("Petitioner")'s Petition

for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "Petition") [DE 1], filed March 6,

2026. The Court has considered the Petition, the Respondents' Response [DE 6], notes that no

Reply was filed by Petitioner[1], and is otherwise fully advised in the premises.

Upon careful consideration of the arguments presented by both sides, the Court is

persuaded by the reasoning and conclusion of the recent decision entered on February 6, 2026 by

the Fifth Circuit Court of Appeals, holding that the noncitizen petitioners in removal proceedings

were subject to mandatory detention under 28 U.S.C. § 1225(b)(2) because they were present in

the United States without being admitted or paroled, despite having entered illegally many years

---

[1] The Court's March 6, 2026 Order Requiring Expedited Response from Respondents permitted Petitioner to file a reply on or before March 18, 2026. *See* [DE 4].

ago. *See Buenrostro-Mendez v. Bondi et al.,* Case. Nos. 25-20496; 25-40701 (Feb. 6, 2026). The

Court adopts the analysis of the majority opinion of that decision as if set forth herein.


Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Petitioner's Petition for Writ of Habeas Corpus [DE 1] is **DENIED**;

2.  The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 19th day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov